JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BLAS JIMENEZ CASTRO, | ) | No. ED CV 09-00166-RSWL (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 19, 2010

RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE