JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BLAS JIMENEZ CASTRO, | ) | No. ED CV 09-00166-RSWL (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CALIFORNIA BOARD OF PAROLE | ) | |
| HEARINGS, et al., | ) | |
| | ) | |
| Respondents.. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.


DATED: June 15, 2011

*RONALD S.W. LEW*
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE